QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
George R. Hedges (Bar No. 081873)
georgehedges@quinnemanuel.com
Noah Helpern (Bar No. 254023)
noahhelpern@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOFA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DODGER PRODUCTIONS, INC., a New York corporation, and DOES 1-10,<br><br>Defendants. | CASE NO.<br><br>**CV08-02616 FMC PJWx**<br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff SOFA Entertainment, Inc. ("SOFA Entertainment") brings this action for copyright infringement against Defendants Dodger Productions, Inc. ("Dodger Productions"), a New York corporation, and Does 1-10 and alleges as follows:

## Jurisdiction and Venue

1. This is a civil action seeking damages and injunctive relief under the Copyright Law of the United States. The jurisdiction of this Court is founded upon 28 U.S.C. §§ 1331 and 1338, as well as 17 U.S.C. §§ 501 through 505.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the property that is the subject of the action is herein situated. Further, much of the evidence and witnesses are located in this District. In addition, venue is proper in this District under 28 U.S.C. § 1391(c) because Dodger Productions is subject to personal jurisdiction in the Central District of California.

## The Parties

3. Plaintiff SOFA Entertainment is a California corporation with its principal place of business in Los Angeles, California. SOFA Entertainment owns the copyrights to numerous classic television shows, feature films, and musical recordings, including the entire library of "The Ed Sullivan Show." SOFA Entertainment is in the business of licensing clips from its library of classic programming for use in film, television, and other media. SOFA Entertainment owns the copyright to the January 2, 1966 episode of "The Ed Sullivan Show," a portion of which is used, without permission or license, in "Jersey Boys."

4. Upon information and belief, Defendant Dodger Productions is a New York corporation with its principal place of business in New York, New York. Dodger Productions is in the business of producing Broadway plays and musicals, including the enormously successful musical "Jersey Boys."

5. The identities of various Doe defendants are not currently known, and this Complaint will be amended to include the names of such individuals or entities, when the same is ascertained.

### Background

6. "The Ed Sullivan Show" was an immensely popular variety show hosted by Ed Sullivan that ran on CBS from 1948 to 1971. Over the course of more than two decades, "The Ed Sullivan Show" featured numerous musical performers, including The Four Seasons.

7. The rock and roll group The Four Seasons, led by singer Frankie Valli, rose to international fame in the 1960's on the strength of three number one singles: "Sherry," "Big Girls Don't Cry," and "Walk Like a Man." The Four Seasons topped the charts throughout the '60s, with more than twenty songs rising above #30 on the *Billboard* Hot 100 singles chart during that decade. Since the 1960's, The Four Seasons have continued to find success, particularly as a live act, launching a North American tour and releasing a box set in 2007.

8. "Jersey Boys" is an extremely successful musical based on the lives of The Four Seasons. "Jersey Boys" tells the story of The Four Seasons' rise to fame, and incorporates historic video footage as part of the show.

9. In the 1960's, performances on the "Ed Sullivan Show" were critical to a group's success. The two most notable examples are the performances of Elvis Presley and The Beatles on "The Ed Sullivan Show," each of which cemented their success as the world's first rock and roll superstars. At a critical point in The Four Seasons' career they were given an opportunity to perform on "The Ed Sullivan Show." In all the group performed several times on "The Ed Sullivan Show," including on January 2, 1966.

10. "Jersey Boys" opened on Broadway in November 2005 to great box office success, and has since launched productions in numerous other cities, including Chicago, Las Vegas, and London. Additionally, there has been a national

touring production of "Jersey Boys," and a production is set to launch in Melbourne, Australia in 2009. The touring production of "Jersey Boys" appeared in Los Angeles, California in 2007.

### Infringing Material

11. In each of the productions of "Jersey Boys," a clip from The Four Seasons' performance on the January 2, 1966 episode of "The Ed Sullivan Show" is shown, without permission, as part of the "Jersey Boys" musical. This clip is used at one of the key dramatic junctures of the show to illustrate that The Four Seasons have "arrived."

12. Upon information and belief, the clip from "The Ed Sullivan Show" used in "Jersey Boys" is part of the registered, copyrighted January 2, 1966 episode of "The Ed Sullivan Show" owned by SOFA Entertainment.

13. SOFA Entertainment has not licensed any clips of "The Ed Sullivan Show" to be used in "Jersey Boys" or otherwise given Defendants permission to use any footage from that show in Defendants' various productions.

14. Defendants' use of an unlicensed "Ed Sullivan Show" clip is not transformative, nor does it criticize or provide commentary on "The Ed Sullivan Show." Defendants have simply taken a portion of "The Ed Sullivan Show" and inserted it into "Jersey Boys" without license or permission, essentially making "The Ed Sullivan Show" part of "Jersey Boys."

### First Cause of Action
### (Copyright Infringement)

SOFA Entertainment repeats and realleges each of the allegations set forth in Paragraphs 1 through 14 above as if fully set forth herein.

15. SOFA Entertainment holds a valid and exclusive registered copyright to the television show that is the subject of this action and that is evidenced by the copyright registration certificate referenced by Exhibit A.

16. Upon information and belief, Defendants copied, reproduced, recorded, and displayed portions of that show without SOFA Entertainment's permission.

17. The actions and conduct by Defendants as described above infringe upon the exclusive rights of SOFA Entertainment granted by Section 106 of the Copyright Act, 17 U.S.C. § 106, to reproduce the registered copyrighted work and to publicly perform the registered copyrighted work.

18. Such actions and conduct by Defendants constitute copyright infringement under Section 501 of the Copyright Act, 17 U.S.C. § 501. SOFA Entertainment is informed and believes, and on that basis alleges that Defendants infringed directly and indirectly SOFA Entertainment's exclusive rights in the registered work.

19. As a result of the copyright infringement described above, SOFA Entertainment is entitled to relief including, but not limited to, injunctive relief, actual or statutory damages, costs and attorneys' fees, and prejudgment interest.

## Prayer for Relief

Wherefore, Plaintiff SOFA Entertainment hereby respectfully requests that this Court:

1. Enter preliminary and permanent injunctions enjoining each Defendant, its respective agents, servants, employees, officers, attorneys, successors and assigns, and all those persons actively in concert or participation with each or any of them, from directly or indirectly infringing the copyrights of SOFA Entertainment in any manner, and from duplicating or performing, causing to be duplicated or performed or aiding, contributing to or participating in the unauthorized duplication or performance of "The Ed Sullivan Show";

2. Require that each Defendant account for all gains, profits and advantages derived by it from its acts of infringement;

3. Require each Defendant to pay to SOFA Entertainment such damages and profits as provided by 17 U.S.C. § 504 for each separate infringement of the

1  copyrights of SOFA Entertainment, or, alternatively, require that each defendant pay
2  statutory damages in the amount of $150,000 with respect to each infringement, or
3  for such other amounts as may be proper pursuant to 17 U.S.C. § 504;

4. Require that each Defendant pay plaintiffs an award of prejudgment interest according to proof;

5. Allow SOFA Entertainment to recover the costs of pursuing this action for infringement, including, without limitation, reasonable attorneys' fees;

6. Enter an order, pursuant to 17 U.S.C. § 503(b), directing Defendants to deliver up for destruction all items in their possession or under their control bearing any unauthorized copy of "The Ed Sullivan Show" and any plates, molds, matrices, tapes, film, negatives by which such copies may be reproduced.

7. Award such other and further relief as this Court deems just and proper.

DATED: April 21, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
George R. Hedges
Attorneys for Plaintiff

## JURY DEMAND

Plaintiff SOFA Entertainment, Inc. respectfully requests a jury trial on all issues triable thereby.

DATED: April 21, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
George R. Hedges
Attorneys for Plaintiff

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG# **PA 1-391-508**

EFFECTIVE DATE OF REGISTRATION

**DEC 3 1 2002**
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**
"THE ED SULLIVAN SHOW" 1/2/66

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions
MOTION PICTURE

**2 a**
**NAME OF AUTHOR ▼**
Sullivan Productions

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
    { Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Motion Picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1966    Year in all cases.

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month October  Day 3  Year 2002
ONLY if this work
has been published.   USA
                      Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

SOFA Entertainment
9121 Sunset Boulevard
Los Angeles, CA 90069  USA

APPLICATION RECEIVED
**DEC 3 1 2002**
ONE DEPOSIT RECEIVED  12/31/02
**MAR 0 5 2003**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreement

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit A
Page 8

| EXAMINED BY | TD/GJ | FORM PA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☒ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼ SOFA Entertainment     Account Number ▼ 93175

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
SOFA Entertainment (attn. Greg Vines)
9121 Sunset Boulevard
Los Angeles, CA 90069

Area code and daytime telephone number ( 310 ) 276-9522     Fax number ( 310 ) 276-0242
Email gwvines@aol.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **SOFA Entertainment**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Greg Vines     Date 7/15/04

Handwritten signature (X) ▼
x _[signature]_

**9 Certificate will be mailed in window envelope to this address:**
Name ▼
SOFA Entertainment (Attn. Greg Vines)
Number/Street/Apt ▼
9121 Sunset Boulevard
City/State/ZIP ▼
Los Angeles, CA 90069

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper     U.S. Government Printing Office: 2000-461-113/20,021

Exhibit A
Page 9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Florence-Marie Cooper and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV08- 2616 FMC (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)  NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
George R. Hedges (Bar No. 081873)
Noah Helpern (Bar No. 254023)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>DODGER PRODUCTIONS, INC., a New York corporation, and Does 1-10,<br><br>Defendant(s) | CASE NUMBER:<br>CV08-02616 FMC PJWx<br><br><br>SUMMONS |

TO: THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
<u>George R. Hedges</u>, whose address is:
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

an answer to the [X] complaint [ ] _____ [ ] amended complaint [ ] counterclaim [ ] cross-claim which is herewith served upon you within <u>20</u> days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U.S. DISTRICT COURT

Date: APR 2 1 2008

By: __NATALIE LONGORIA__
    Deputy Clerk

(Seal of the Court)  1198

---

SUMMONS

CV-1A (01/01)                                                                                           CCD-1A

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| SOFA ENTERTAINMENT, INC., a California corporation | DODGER PRODUCTIONS, INC., a New York corporation, and Does 1-10 |

(b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): Los Angeles

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

(c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
George R. Hedges (Bar No. 081873)
Noah Helpern (Bar No. 254023)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

Attorneys (If Known)

II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. ORIGIN (Place an X in one box only.)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23: ☐ Yes ☐ No   ☒ MONEY DEMANDED IN COMPLAINT: $ According to proof

VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Section 501 -- Copyright infringement

VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | | ☐ 790 Other Labor Litig. |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE/PENALTY | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 640 R.R. & Truck | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determina- tion Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 660 Occupational Safety/Health | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

VIII(a). IDENTICAL CASES: Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

FOR OFFICE USE ONLY: Case Number: _____

CV-71 (07/05)  CIVIL COVER SHEET  Page 1 of 2
CCD-JS44

CV08-02616

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? [X] No [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) [ ] A. Arise from the same or closely related transactions, happenings, or events; or
[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary).
[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.
SOFA Entertainment, Inc. -- Los Angeles

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
[ ] Check here if the U.S. government, its agencies or employees is a named defendant.
Dodger Productions, Inc. -- New York

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
Los Angeles

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date April 21, 2008
George R. Hedges

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |