WALTER R. SADLER (State Bar No. 108611)
NICHOLAS MORGAN (State Bar NO. 241475)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444
E-Mail: wsadler@lpsla.com

DAVID S. KORZENIK
MILLER KORZENIK SOMMERS LLP
488 Madison Avenue, Suite 1120
New York, New York 10022-5702
Tel: (212 752-9200
E-Mail: DKorzenik@mkslex.com

Attorneys for Defendant
DODGER PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFA ENTERTAINMENT, INC., a California corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>DODGER PRODUCTIONS, INC., a New York corporation, and DODGER THEATRICALS, LTD. and DOES 1-10,<br><br>      Defendants. | **CASE NO.: CV08-02616-DMG(PJWx)**<br><br>**JUDGMENT [JS-6]**<br><br>**Complaint Filed:   April 21, 2008** |

1   This action came on for hearing before the Court on July 9, 2010 on the parties'
2   cross-motions for summary judgment, and the evidence presented having been fully
3   considered, the issues having been duly heard and a decision granting Defendant's
4   motion and denying Plaintiff's motion having been duly rendered,
5       IT IS ORDERED and ADJUDGED that plaintiff Sofa Entertainment, Inc. take
6   nothing, that the action be dismissed on the merits, and that defendant Dodger
7   Productions, Inc. recover its costs.
8       IT IS SO ORDERED.

DATED: __September 3, 2010

_____
Dolly M. Gee
United States District Judge